```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 21146
    ROBERT J JAROS
    CAROL L JAROS                               CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

            Debtor
    SSN XXX-XX-2605     SSN XXX-XX-4727
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1.  The case was filed on 08/12/08 and confirmed on 10/24/08.

   2.  The case was converted to Chapter 7 after confirmation, 11/07/2008.

   3.  The Debtor paid a total of $    372.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE INC | CURRENT MORTG | .00 | .00 | .00 |
| BAXTER CREDIT UNION | SECURED | .00 | .00 | .00 |
| BAXTER CREDIT UNION | SECURED VEHIC | .00 | .00 | .00 |
| ACL SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| GOOD SHEPHERD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| BARCLAYS BANK DELAWARE | UNSECURED | NOT FILED | .00 | .00 |
| BCU | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| COMPREHENSIVE UROLOGIC C | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ONE | UNSECURED | NOT FILED | .00 | .00 |
| EOB RETURNS | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| JUNIPER BANK | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| LAKE COOK ORTHOPEDIC ASS | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST DIAGNOSTIC PATHO | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST HEART SPECIALIST | UNSECURED | NOT FILED | .00 | .00 |
| ORTHOPEDIC SURGERY | UNSECURED | NOT FILED | .00 | .00 |
| TRIBUTE GOLD MASTERCARD | UNSECURED | NOT FILED | .00 | .00 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |

```
WASHINGTON MUTUAL CARD S UNSECURED      NOT FILED              .00          .00
WELLINGTON RADILOGY GROU UNSECURED      NOT FILED              .00          .00
WELLS FARGO CARD SERVICE UNSECURED      NOT FILED              .00          .00
       Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED      OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00         .00         .00          .00
PRINCIPAL PAID         .00         .00         .00         .00          .00
INTEREST PAID          .00         .00         .00         .00          .00
TOTAL PAID             .00         .00         .00         .00          .00
The Debtor's attorney, QUERREY & HARROW LTD         , was allowed $      .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $    372.00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 02/12/09                 /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

                                PAGE   2
           CASE NO. 08 B 21146 ROBERT J JAROS & CAROL L JAROS